# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**OMNI TECHNOLOGIES, LLC**                                            **PLAINTIFF**

v.                                                    CIVIL NO. 1:18cv334-HSO-JCG

**KNOW INK, LLC**                                                      **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accord with the Order entered September 27, 2019, all claims asserted by Plaintiff Omni Technologies, LLC against Defendant Know Ink, LLC will be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 27th day of September, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE